# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

IN RE:                                                       CASE NO. 12-50769

**WAGNER, CHARLES KIM**

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

NOW INTO COURT, comes the Trustee, who represents as follows:

1. Trustee made final distribution in this case.

2. One or more distribution checks (#10110) was returned "Attempted - Not Known, Unable to Forward."

3. In accordance with Section 347(a) of the Bankruptcy Code, Trustee stopped payment on the undeliverable check.

4. Trustee hereby remits to the Clerk of Court one check in the amount of **$5,929.16**, representing the amount of the unpaid check.

5. In accordance with Bankruptcy Rule 3011, Trustee files the attached list of the names and addresses, as far as known, of the persons entitled to the money deposited with the Clerk and the respective amounts payable to them. Amounts shown remain unclaimed and should be treated in the manner provided in Section 347 of the Bankruptcy Code.

6. All other distribution checks have been negotiated, returned by the bank and are in the possession of Trustee.

Date: March 24, 2015.                                     Respectfully submitted,

                                                                                    /s/ Elizabeth G. Andrus
                                                                                     Elizabeth G. Andrus, Trustee
                                                                                     500 Dover Boulevard, Suite 334
                                                                                     Lafayette LA 70506
                                                                                     Telephone: (337) 981-3858

# Register of Unclaimed Funds

**Case:  12-50769          WAGNER, CHARLES KIM**

Claims Bar Date:  01/02/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| n/a | Mary Christine Wagner<br>c/o D. Patrick Keating<br>P.O. Box 61550<br>Lafayette LA 70597 | Non-estate funds belonging to co-owner | Included in distribution | $5,929.16 | $5,929.16 | $0.00 |